United States District Court
for the Southern District
of Illinois

Antrell A Teen
plaintiff,

v.                                          Case No: 17-CU-594-JPG

St. Clair county Jail, Phillph McLauren,
Sgt. Bouyack, Sgt. Nichols, Sgt. Masseo
Sgt. Cook, C.O. R Smith, C.O. M. Lazante
Aramark, Mary Davis, St Clair county Jail medical Staff in
Charge of receiving Sickcall requests and Scheduling appointments.
Individually and in their official Capacities.

## I. Venue & Jurisdiction

1. This is a civil action authorized by 42 U.S.C. Section 1983 to
redress the deprivation, under Color of state law, of rights secured by the
Constitution of the United States. The court has jurisdiction under 28 U.S.C.
Section 1331 and 1343 and 1367. Plaintiff's claims for damages and injunctive
relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the
Federal Rules of Civil Procedure.

2. The Southern District of Illinois is an appropriate venue
under 28 U.S.C. Section 1391 (B)(2) because it is where the
events giving rise to this Claim occured.

## II. Plaintiff

3 Plaintiff, Antrell Anthony Teen, is and was at all times mentioned herein a prisoner in Illinois in the custody of St.Clair County Jail. He is currently confined at St.Clair county Jail located at 700 North 5th Street Belleville, IL 62220.

## III. Defendants

4. St.Clair county Jail located at 700 North 5th Street Belleville, IL 62220

5. Aramark food Service is the food Service provider for St.Clair county Jail located at 700 North 5th Street Belleville, IL 62220

6. Phillioh McLauren is the Superintendent for St.Clair county Jail located at 700 North 5th Street Belleville, IL 62220. He is legally responsible for the daily operation of St.Clair county Jail and for the welfare of all the inmates in that facility.

7. Defendants Sgt. Bayock, Sgt. Nichols, Sgt. Masseo, Sgt. Cook and Captain Kenny are employed as Supervisors with St.Clair county Jail located a 700 North 5th street Belleville, IL 62220. At the time of complaint employed by the state of Illinois as a Correctional officer ranking officers in Supervision position responsible for operations on their Shift.

8. Defendant R. Smith is a correctional officer in the state of Illinois at St.Clair Jail located at 700 North 5th street Belleville, IL 62220. At time of complaint was a guard for St.Clair county Jail.

9. Defendant M. Lazante is a correctional officer in the state of Illinois at St.Clair county Jail located at 700 North 5th street Belleville, IL 62220. At time of complaint was a guard for St.Clair county Jail.

10. Defendant Mary Davis is a Food Service Supervisor with St.Clair county Jail at 700 North 5th Street Belleville IL 62220. At time of complaint she was employed by Aramark for St.Clair county Jail.

11. Defendant Jane Doe is employed as a nurse for St.Clair county medical located at 700 North 5th street Belleville, IL 62220. At time of complaint she was employed by St.Clair county medical.

12. Each defendant is sued individually and officially. At time of complaint defendants acted under color of Law.

IV.  Statement of Claims

See Exhibits
A, H

13.  Inmates should have a process that allows all complaints to be heard and responded to. Inmates should be able to dispute the outcome of hearings or response. In St.Clair county Justice Center, Captain complaint and Requests are filled out and submitted to C.O. and never returned. Complaints have been wrote to supervisors, Sgt Nichols, Sgt Mosseo, Sgt Banyeck, and Captain keeny but still no response. Complaint addressed attention Mayor Mclarin have went unanswered. The grievance procedure is broken in St.Clair County Jail. Without a grievance procedure issues are never handled and Staff are not held accountable for their actions. Mike Ropera, Mosley, and Jermain have bragged Captain Complaints don't do anything. There needs to be a working process here in St.Clair County.

14.  In St.Clair county Justice Center the food service provider is Aramark. Aramark puts inmates at risk with unsanitary, low quality, insufficient portions with inadequate nutritional value. These issues have been complained about for years and St.Clair county Jail hasn't done anything. Instead St.Clair County continues to use Aramark to save money, cut costs intentionally and knowingly putting inmates at risk. Aramark is supervised by Mary Robinson-Davis and approved by Philliph McLaurin.

15.  In St.Clair county the medical Staff is negligent. Inmates put Sick-call requests in on the kiosk and are not treated. The nurse in charge of the kiosk medical request, Deny and Delay inmates treatment, this failure to respond causes my medical needs to go unattended. This negligence is routine and a Pattern. I have submitted complaints about these issues. Most of my complaints go unaddressed.

16. On January 31, 2016 I was given a food tray at Chow time on AA-Block with black eye peas and maggots were found in the black eye peas. I wrote a Captain Complaint gave it to C.O. Jermain. I filled out a Sick call form and gave it to the nurse. I was ill, vomiting, stomach pains, and never seen by medical; nor did I receive a response from supervisors or administration about the issue, of maggot or medical. Mary Davis is responsible for food distributed from the kitchen.

See Exhibit B

17. On February 18 and 19 of 2016 there was a water boil order in effect for St. Clair county While on AA-Block I was not notified by Jailers that the water was unsafe to drink. I didn't receive Fresh water until the last day of the boil order after I complained. I put Sick call forms in to the nurse on the 18th for nausea, headaches diarrhea, and vomiting; I was never seen by medical for my medical issues. I asked C.O. Riley Rilo about procedure during a boil order he was unresponsive. There was no announcement made, no signs placed instructing not to drink the water. I blame Supervisors and administrators on duty, for knowing and not acting.

See Exhibit C

18. On February 2, 2017 while housed on AB-Block there was a water boil order in effect for St. Clair county. I was not notified by Jailers that the water was unsafe to drink. After watching the news I was informed and began to complain. As Nurse Barbara was doing Med pass I complained and asked for some of the bottle water on her Cart she denied me. C.O. R Smith then interjected and told me the boil order wasn't for this county and it was safe to drink. I told him the news says different and I needed to speak to a Supervisor. He left, and later C.O. Green came on the intercom and said don't drink the water. Fresh water was later brought to our block. Upon information and belief other blocks didn't receive Fresh water because they didn't know to complain. My Medical issues were not treated.

See Exhibit D-1
D-2 (boil order for
Apt 10, 2017)

19. From February 2016 - April 2016 I was denied access to the Law Library. From June 2016 - July 2016 while on

See Exhibits
E 1-9

H-block I was denied access to the Law library. From February 2017 - May 2017 I was denied access to the law library. For each period mentioned I submitted multiple Captain complaints in excess of 15 and only received a response once from Captain Kenny, which stated "Out of good faith we allow detainees to use the library but it is up to the shift supervisor if they allow you to go or not. In February 2017 I gave requests to Sgt Nichols. In May I gave complaint to Sgt Masseo. In 2016 From Jan - April, preparation for trial was paramount, while being denied access to the law library, I couldn't properly educate my self on how to address speedy trial violation issues, Ineffective assistance of counsel and violation of due process. In the month of June - July 2016 denial to the law library prevented me from raising post trial motions exposing, bias jurors, non-IPI issues, and post conviction issues. From Feb - May 2017 denial to the Law Library hindered me from prosecuting my conviction. C.O. Fordsom refused to make copies of legal documents, when I addressed it in front of Sgt, Supervisor Bayak nothing was done. C.O. Everest refused to fill out informa pauperis, Assistance filing legal documents are minimal. In St Clair county negligence, deprivation of rights is a pattern from C.O to Supervisors.

20. In December of 2015 during my initial medical screening

See Exhibits
F 1-3

I informed the nurse about several teeth that prevented me from eating and caused severe pain. I wasn't treated by a professional until December of 2016. While being deprived of medical attention for a year I was given aspirin as a remedy. I Submitted multiple captain complaints and more than 20 sick calls. This deliberate indifference to medical needs violated Antrell Teen's rights.

21. For 10 months I was housed on cell block G and H which have non functioning doors. The cell block door to the individual cells didn't lock. At night inmates roamed free which placed me in an unsafe environment. On several occasions I had to defend myself and belongings. One incident left me physically hurt. I've seen multiple inmates seriously injured because of these late night fights. I complained about unsafe conditions multiple times nothing was done. Upon information and belief these issues have been previously brought to the attention of supervisors and staff but inmates are still placed in these non functioning cells and put at risk. C.O. M Lozanic were given captain complaints and Sgt. Cook was informed

22. In St. Clair County while housed on AA and AB-Blocks The showers have peeling paint and mold. While showering these particles become air borne some microscopic and inhaled exposure to these identified and unidentified particles causes injury now and later. On February 6, 2016 While in the shower on AA particles flew in my eye, I asked the nurse for help and was told to fill out a sick call; I filled out the form and was never seen by medical. I am concerned for my respiratory systems. Sgt Nichols was informed nothing has been done.

23. On April 26, 2017 I wrote complaints to the supervisors
See Exhibit G  and medical about an inmate name Arthur Munzinger who had been seeking medical attention but not helped. Arthur had huge boils, they started on his neck and leg then began to spread. Arthur refused to lock down. Sgt Boyack came look at his Staph infection and put him back in the cell. Later he was bandaged by medical given antibiotics and kept in population. On 5-11-17 he was then moved to the infirmary. I should not have been exposed to these harmful conditions.

V.

24. These claims collectively show a pattern of abuse and deprivation of rights secured by State law and The Constitution. All defendants while acting under the color of the State have displayed a disregard for their obligation to uphold my rights. These defendants were notified and did nothing to remedy the violation which allowed for it to continue and shows a pattern of intentional neglect of rights secured by the Constitution.

VI.
Relief

25. A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and law protecting pretrial detainees.

26. A preliminary and permanent injunction ordering the defendants to rectify the grievance procedure, the sick call procedure, and law library procedure.

27. Compensatory damages in the amount of $1,000.00 against each defendant.

28. Punitive damages in the amount of $10,000.00 against each defendant.

29. Plaintiff's cost in this suit

30. General and special damages according to proof.

31. Any additional relief this court deems Just, Proper, and equitable.

32. A Jury Trial on all issues triable by Jury;

Declaration Under Federal Rule of Civil Procedure 11

I certify to the best of my knowledge, information, and belief that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signe on: 5-31-17

700 North 5th Street
Street address

Belleville Illinois 62220
City, State, Zip

Signature of Plaintiff

Antrell Teen
Print name

461504
prisoner register number

Exhibit I



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

Name _Antull Ten_   Number _96504_ Block _W_ Date _12-27-16_

**Complaint:**

I am not getting my carbon copy of Submitted Captain complaints because St. Clair County is avoiding the Grevience procedure. I cant file for a grevience with out copy of complaint. I have previously submitted request for my copies again I ask for copies of previously submitted Captain complaints with responses!!!

Signature _____ Date _12·27-16_

**Officer Actions:**

_____

_____

_____

_____

_____

Signature _____ Date _____

**Supervisor Actions:**

_____

_____

_____

_____

_____

_____

Signature _____ Date _____

**Admin Actions:**

_____

_____

_____

_____

_____

_____

Signature _____ Date _____




# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

**Name** Artwell Teen    **Number** 6.5.D.M **Block** InF **Date** 12-18-16

**REQUEST:**

St. Clair County C.O. Supervisor are not following procedure which is hindering inmate from pursuing after a formal grievance. The grievance process is a right afforded to the inmate once a caption (complaint) is received back then th inmate can initiate the grievance process, says Supervisor Nichols. The problem is that the Supervisor's neuer return the caption complaint to the inmates this has been a on-going issue. previously complained about on several occasion in person, in the form of a complain, and as a request. Again I would like a copy with completed action returned to me at previous complaint to pursue the grievance process; Dont continue to take my rights to the Grievance procedure.

**Signature** _____ **Date** 12-18-16

**Officer Actions:**

**Signature** _____ **Date** _____

**Supervisor Actions:**

**Signature** _____ **Date** _____

**Admin Actions:**

**Signature** _____ **Date** _____

Exhibit #3



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

**Name** Antell Zer   **Number** 6804  **Block** H  **Date** 12-5-16

**REQUEST:** Once I fill out captain complaint forms I should receive a carbon copy back. The block has turned in 4 captain complaints awhile and haven't receive not one carbon copy with responses. My request is to receive my copy of the captain complaint. Thanks

**Signature** _Antter_  **Date** _____

**Officer Actions:**

_____

**Signature** _____ **Date** _____

**Supervisor Actions:**

_____

**Signature** _____ **Date** _____

**Admin Actions:**

_____

**Signature** _____ **Date** _____



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM



**Name** Hartell Len          **Number** 6159Y **Block** H   **Date** 8-12-16

**REQUEST:** My Rquest has been and Still is to
receive the copy of my Captain Complaints.
one complaint are turned in the inmate Should
get a copy with responses returned to them,
this isn't happening in St. Clair Co-rty, This is
the 4th time I'm writing about this issue but
have receive no responx or no complaints returned

**Signature** _____  **Date** 9-12-16

Please return Carbon copy to inmate.

**Officer Actions:**
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Supervisor Actions:**
_____
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Admin Actions:**
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

Exhibit 13

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM



Christ

given to mike ripros

**Name** Antrell Teen     **Number** 11   **Block** AA   **Date** 2-22-16

**Complaint:**

I submitted a Captian Complaint on Jan 31st about the magets found in the Black eye peas. I have not received a response back; I would love a formal response back. I noticed 1. the new trans 2. the clean coolers 3. The food now cooked to specific specifications, 4. No black eye peas since incident. We the inmate appreciate the expeditious resolution. I just would like a police response.

**Signature** ~~Antrell~~   **Date** 2-22-16

**Officer Actions:**

**Signature** _____   **Date** _____

**Supervisor Actions:**

**Signature** _____   **Date** _____

**Admin Actions:**

**Signature** _____   **Date** _____

Exhibit C

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM



given to mike Riporns

**Name** Antrell Teen          **Number** 11    **Block** AA   **Date** 2-22-16

**Complaint:** If there is a water boil in effect in a County that a State/Federal Jail is located we the inmates have the right to be notified immediately that the water is unsafe and should not be consumed. On Feb18th 19th, 2016 There was a water boil in effect, we the inmates were not notified and when asked officers about it, they were dismissive + unresponsive as usual. We didn't get water until after the boil notice was over Feb 19th. I would appreciate a response back on this complaint.

**Signature** Antrell Teen   **Date** 2-22-16

**Officer Actions:**
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Supervisor Actions:**
_____
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Admin Actions:**
_____
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

Amen

Exhibit D



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM



**Name** Toen, Antrell        **Number** 0504  **Block** HB6 **Date** 2.2.17

**Complaint:**

On 2.2.17 I woke to decreased water pressure at 8:00am We the inmates were informed of the water boil. At 9:00am we ask for water, Duty nurse pass we were denied by nurse Barbara and C.O. R Smith told the block it was safe to drink the water. After drinking the water the news came on and informed us the water boil was to be in effect for 36-48 hrs. C.O Green comes on the intercom and Say don't drink the water. We didn't get fresh water until 11:00am. I felt sick, stomach pains, headache after drinking the contam water so I put a Sick cell in. I still have not been seen by the nurse and feel neglected by medical staff and denied by C.O R Smith.

**Signature** _____ **Date** _____

**Officer Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Supervisor Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Admin Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM



Exhibit D-2

**Name** Antrell Teen   **Number** 16854   **Block** AB16   **Date** 4.11.17

**Complaint:**
On April 10, 2017 per the Water company + Belleville democratic newspaper there was a boil order in effect for Belleville Illinois. I was not notified by the staff at St Clair county Jail nor did the Administration instruct us not to drink the water. No Fresh Water was given for the entire 36hrs that the boil order was in effect. I have been directly affected by this negligence. My head and throad has been hurting and my Stomach has been upset. This is the third time a incident of this nature has occured it is obvious the faculty and Admin are not concerned with the well-being of inmates, Medical Staff havent responded to my complaint of Illness.

**Signature** Antrell Teen   **Date** 4.11.17

**Officer Actions:**

**Signature** _____ **Date** _____

**Supervisor Actions:**

**Signature** _____ **Date** _____

**Admin Actions:**

**Signature** _____ **Date** _____

Inmate would appreciate a response and carbon copy back.

Exhibit E1




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

**Name** Antrell Teen          **Number** 461504   **Block** J   **Date** 4-29-16

**Complaint:**

I need acess to the law library. I am on trial for a murder I and been denied my right to the St Clair county Jail law library (the courts)) for several months. I have been told there is no librarian. In my situation that is not an excuse I don't need help referencing Books I am cdlege educated, one just would like to get to the library. Help would be appreciated

Signature ~~Antrell~~          Date 4.29.16

**Officer Actions:** I TOLD DeTainee that there IS a LAW LiBRAKain And he Would GO on IS Assigned dAy Which IS Wensday's

Signature ~~Tim Dlight~~ (Compton)   Date 04/29/16

**Supervisor Actions:** Agree with officers actions

Signature ~~illegible~~   Date 4/29/16

**Admin Actions:** Agree with actions

Signature ~~Cpl K~~   Date 5-2-16



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

Exhibit E2

**Name** Antrell Teen  **Number** 461504  **Block** H  **Date** 6-9-16

**Complaint:**
On 6/8/16 I was denied my right to the Law Library. This is an on abing issue that needs to be resolved. I am fighting a Serious case and since I've been incarserded in St. Clair County I've been denied my right to the law library more than 7 times this 7 weeks! This is my thrd Complaint form addressing issue. When will the block officers know that it is our right to go to the Library on sceduled day. Thank you

**Signature** Antrell Teer  **Date** 6-9-16

**Officer Actions:**
Forward to a supervisor (Taken to Law library at 0930 on 6-9-16). Bridge #466
Sgt. Bridges informed detainee was taken to library 6-9-16

**Signature** _____  **Date** 6-4-16

**Supervisor Actions:**



**Signature** _____  **Date** _____

**Admin Actions:** The only time we have to let a detainee use the library is when the detainee is repesenting thirself. Your file states you have an attorney. That of good faith we allow detainees to use the library but it is up to the shift Supervisor if they allow you to go or not

**Signature** _____  **Date** 6-10-16

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM




Exhibit E-3

**Name** Antell Teen   **Number** 461504   **Block** H   **Date** _____

**Complaint:**
ON Wen 6-21-16 H-block was denied assess to the Law library. C.O. Knipp first lied and said it wasn't our day to go. We stated "Wen night are our days" he then stated "there is no law librarian". Prior to that we were told another block was in there. Unethical and unprofessional contact was displayed by C.O. Knipp.

**Signature** _____ **Date** _____

**Officer Actions:**



**Signature** _____ **Date** _____

**Supervisor Actions:**



**Signature** _____ **Date** _____

**Admin Actions:**



**Signature** _____ **Date** _____




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

Exhibit E-4

**Name** Antrell Teen **Number** 46150 **Block** AB/6 **Date** 3-5-17

**REQUEST:** I am requesting Captain Complaints. I have been asking since morning shift. This is the third week AB has been denied acess to the Law library. Acess to the carts is a Constitionl right.

**Signature** Antrell **Date** 3-5-17

**Officer Actions:** Given To supervison Detainee was Given a Complaint Form.

**Signature** J Miller **Date** 3-5-17

**Supervisor Actions:** Officer miller gave him a Complaint Form.

**Signature** **Date** 3-5-17

**Admin Actions:**

**Signature** _____ **Date** _____

given to C.O. miller




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

Exhibit E-5

**Name** Anthell Teen     **Number** 76150U **Block** H816 **Date** 3-5-17

**REQUEST:** I am requesting to go to the Law Library. We have been denied access to the law Library for three weeks now. In A8 there are pro-se litigants Inmates with other cases besides those Pending in St Clair cunty. Access to the court is a ~~constotautionts~~ right

**Signature** _(signature)_ **Date** 3-5-17

**Officer Actions:**

**Signature** _____ **Date** _____

**Supervisor Actions:**

**Signature** _____ **Date** _____

**Admin Actions:**

**Signature** _____ **Date** _____



### ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM



Exhibit E-6

**Name** Antrell Toen **Number** e504 **Block** HB **Date** 2-17

**Complaint:**
As pretrial detainees We have civil liberties that entitle inmates to the Law Library. The Law Library shall be adequate and we shall have adequate assistance in filing legal paperwork. I computer that keeps on breaking down is not adequate. No books is not adequate. In St Clair county there are 400 plus inmates. Some pro-se some with trial approaching and some have issues that the court appoints lawyer isn't handling. We Need a Law Library!!! From February 26, 2017 we have been told the computer is down it is now April 2 2017 and the computer is still down. The Law Library is Mandatory.

**Signature** _____ **Date** 4.2.17

**Officer Actions:**
No law library due to computer issues. Forwarded to Supervisor

**Signature** _____ **Date** 4-2-17
m. Kemp/F

**Supervisor Actions:** ABOVE APPROVED.

**Signature** _____ **Date** 4/2/17

**Admin Actions:**

**Signature** _____ **Date** _____

Cover to G.O. Lampton [?]




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

Exhibit E-6

**Name** TEEN Antrell     **Number** _____ **Block** AB **Date** 4-2-17

**Complaint:**

As pre-trial detainees we have civil liberties that entitle inmates to
Access to the courts via a law library that is adequate with adequate
assistance from the facility inmates are held in. Since Feb 26. 2017 Block
AB has continually put requests in to go to the library but not taken.
There are no books in the library only one computer for 40 plus inmates. There
is not much assistance in filing legal documents. On AB there are pro-se litigants profile
with trial approaching and those with issues that public defenders are not handling. The law
library is mandatory. Today is April 2, 2017 and again we have been denied access to the law library.

**Signature** _____ **Date** _____

**Officer Actions:**

_____

_____

_____

_____

_____

      **Signature** _____ **Date** _____

**Supervisor Actions:**

_____

_____

_____

_____

_____

      **Signature** _____ **Date** _____

**Admin Actions:**

_____

_____

_____

_____

_____

      **Signature** _____ **Date** _____

Given to sgt. Massed during 2:00pm cell search w 2000

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

Exhibit E-7

**Name** ~~Antrell Teen~~ _____ **Number** _____ **Block** NB6 **Date** 4·30·17

**Complaint:**

Since January 2017 the law library has been "down" says the staff at St. Clair court. Every Sunday me and several inmates attempt to do research, prepare our case, etc. to, ourselves, and protect convictions but cant, for four months we have been deprived of access to the courts. As inmates, pre-trial detainees we have rights guaranteed by court libraries and the right to protect these liberties. I have informed staff. Supervisors and asked that the Superintendent be informed and respond to several complaints submitted. Administration avoids responding but Massed told me Grimmo is aware, McLaurin is aware and theres nothing he can do. But no one responds in writing to

**Signature** _Teen_ **Date** 4·30·17

My complaint. One computer for 400 inmates with no book. Sni able and everyone knows it. Its raining for the past week the roof leaks there is a continual drip leaving puddles.

done. Also its been

**Officer Actions:**

_____
_____
_____
_____

**Signature** _____ **Date** _____

**Supervisor Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Admin Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM



Exhibit E-8

**Name** Antoll Teen **Number** 461504 **Block** B/6 **Date** 4.4.17

**Complaint:**

Cell 6 was shaken down on 4.4.17 at 4:54 pm
My pen was talken in st.clair county pens are
irreplacable because Comissary does not sell ink pens
without pens I cant do legal work. It seem like
C.O Green and C.O Lazonte are preventing me
from doing legal work intentionally. Since I cant have a
pen, I would like to request a pencil.

**Signature** _____ **Date** 4.4.17

**Officer Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Supervisor Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Admin Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## COMPLAINT FORM

 Request

 Exhibit I-9

**Name** Antrell Teen          **Number** 44854   **Block** A/6 **Date** 2-28-17

**Complaint:**
My Request is to have a officer complete the
Certification section on the Last page of informa Pauperis,
I also would like to request a statement of my assets or Jail
account statement for the last six month.
                              Thank You

Given to C.O. Owens
        10:00am          **Signature** _____ **Date** 2-28-17

**Officer Actions:**

**Signature** _____ **Date** _____

**Supervisor Actions:**

**Signature** _____ **Date** _____

**Admin Actions:**

**Signature** _____ **Date** _____

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

Exhibit F-1





46|504

**Name** Antell Teen          **Number** W   **Block** H   **Date** X-5-16

**Complaint:** I have asked to see a dentist for 8 months now teeth still hurt. I've at sick calls in for two months and haven't been seen yet.

This is the third complaint about this issue.

**Signature** _Antell_   **Date** 8-5-16

**Officer Actions:**

**Signature** _____ **Date** _____

**Supervisor Actions:**

**Signature** _____ **Date** _____

**Admin Actions:**

**Signature** _____ **Date** _____



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

Exhibit F-2

**Name** Antrell Teen                **Number** 46130?  **Block** H   **Date** 8·14·16

**Complaint:**

Since June I have placed 2 Health service request form in to the nurse. I have submitted 10 requests on the kiosk. After All of my efforts I have not been seen by a member of the medical staff. Other inmates on my block have been called out nightly but my requests are being ignored. I have written to Administration previously about this issue but nothing has been done. I would appreciate a response back.

**Signature** Antrell Teen     **Date** 8·14·16

**Officer Actions:**

rec'd this request on a health and well being check
Fwd to Medical  DN

**Signature** (signature)   **Date** 8-13-16
NICHOLS

**Supervisor Actions:**

Seen by MD @ 1425 hrs on 8·14·16

**Signature** (signature)   **Date** 8-14-16
NICHOLS

**Admin Actions:** Approve Supervisor Actions

**Signature** Cpt K   **Date** 8·15·16

(Inmate made a copy)




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

Exhibit F-3

**Name** Antrell Teen   **Number** 66584   **Block** H   **Date** 11.6.16

**Complaint:**
I have been in custody since December 2015 asking for Dental help! It is now November 2016 and I still have not been treated. I have filled out several sick cells about this issue. I have filled out several captain complaints about this issue. I have been given 4 tylends a day for a month and 1/2, this remedy is appreciable but is not a solution. I cant eat on one side of my mouth. I cant eat hot, cold, or sweets on either side. I need dental help. A year is a long time to go without being treated!

**Signature** _____   **Date** 11.6.16

**Officer Actions:**
_____
_____
_____
_____
_____

**Signature** _____   **Date** _____

**Supervisor Actions:**
_____
_____
_____
_____
_____
_____

**Signature** _____   **Date** _____

**Admin Actions:**
_____
_____
_____
_____
_____

**Signature** _____   **Date** _____




# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

Exhibit G

**Name** Toen, Antell     **Number** 16554   **Block** 18/6   **Date** 4-26-17

**REQUEST:** Hurthur in cell #9 on A8-Block has been complaining for 3days now that huge boils, staph Mrsa out-breaks. The medical staff bandaged one on his neck and left 4 others exposed, As more of the out-break become visible I became more concerned for my health & Safety, on 4-26-17 all the inmates signed a petition & Complant addressing this issue, Sgt Baugack Saw all the out-breaks and stick Arthur and his cell mate back in #9. The negligence by medical staff & Sprvisors is continual unethical, unprofessional and hazardes to Myself & other inmates. Medical gives him a prognosis of antibiotics but no diagnosis.

Also rain today so roof leaks as usual leaving puddles inside the block; complained got no mop bucket to clean mess. Slippery when wet dangerous unit, conditions.

**Signature** _____ **Date** _____

**Officer Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Supervisor Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Admin Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

Attn: Sheriff



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

**Name** Antrell Teen                    **Number** 46504   **Block** AB/6   **Date** 5.23.17

**Complaint:**

On May 22 2017 Inmate Brendan in cell #5 AB-Block had a seizure during breakfast Corrections officer M.Lazante ignorance at basic medical knowledge prolonged Brendans suffering M Lazante Paused watched the inmate before calling for help, then said don't touch him even though he was laying on his back. Inmates turned Brendan on his side opened his mouth to hold down the tongue so he didn't choke or swallow it. Correctional officers should have basic training at CPR, mouth to Mouth seizure procedure since they are responsible for the care and overseeing of People. They should be educated on how to preserve life.

**Signature** _Antrell_   **Date** 5.23.17

**Officer Actions:**

_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Supervisor Actions:**

_____
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

**Admin Actions:**

_____
_____
_____
_____
_____
_____

**Signature** _____ **Date** _____

Abbi's Prayer

 

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

**Name** Antrell Teen          **Number** 46504 **Block** AB16 **Date** 5.23.17

### Complaint:

On May 22, 2017 inmate Brendan in cell #5 AB-Block had a seizure during breakfast. Corrections officer M. Lazante ignorance of basic medical knowledge prolonged Brendans suffering. M. Lazante Paws) watched the inmate before calling for help, then said dont touch him even though he was laying on his back. Inmates turned Brendan on his side, opened his mouth to hold down the tongue so he disn't choke or swallow it. Correctional officers should have basic training of CPR, mouth to Mouth, seizure procedure since they are responsible for the care and overseeing of people. They should be educated on how to preserve life.

**Signature** _____ **Date** 5.23.17

### Officer Actions:

_____

_____

_____

_____

_____

**Signature** _____ **Date** _____

### Supervisor Actions:

_____

_____

_____

_____

_____

_____

**Signature** _____ **Date** _____

### Admin Actions:

_____

_____

_____

_____

_____

_____

**Signature** _____ **Date** _____



Clerk of the Court
United States District Court
Southern District of Illinois
301 West Main Street
Benton, IL 62812

MAIL CLEARED
US MARSHALS
INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

Antrell T Hillsman
St. Clair
700 North 5th Street
Belleville, IL 62220

Legal Mail

RECEIVED

JUN 05 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

LEGAL MAiL