UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ANTRELL A. TEEN, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 17-cv-594-JPG |
| ST. CLAIR COUNTY JAIL MEDICAL STAFF, PHILLIP MCLAURIN, ARAMARK, MARY DAVIS, JANE DOE, ST. CLAIR COUNTY, SGT. MASSEY, C/O JOHNSON, and NURSE APRIL, | |
| Defendants. | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- in favor of defendants Aramark, Davis, and McLaurin and against plaintiff Teen on Count 3 of the First Amended Complaint, a Fourteenth Amendment due process claim for failing to provide adequate nutrition for inmates in the meals provided at the St. Clair County Jail;

- in favor of defendants Davis and McLaurin and against plaintiff Teen on Count 4 of the First Amended Complaint, a Fourteenth Amendment due process claim for subjecting Teen to health risks from poor sanitation in the kitchens at the Jail and contaminated food;

and those claims are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the following claim is dismissed with prejudice:

- Count 1 of the Complaint, a Fourteenth Amendment due process and/or First Amendment claim against the defendants for failing to provide Teen with access to an adequate grievance procedure; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 1 of the First Amended Complaint, a Fourteenth Amendment due process claim under *Monell* against defendant St. Clair County for maintaining an unofficial custom and/or policy of allowing its employees to violate Jail policies and disregard serious inmate issues;

- Count 5 of the First Amended Complaint, a Fourteenth Amendment due process claim against defendants April and McLaurin for failing to include emergency buttons in the cells;

- All claims in the First Amended Complaint against defendants Johnson and Massey;

- Count 7 of the Complaint, a Fourteenth Amendment due process claim against unspecified defendants for failing to provide adequate dental care to Plaintiff after he complained of several painful teeth in December 2015; and

- Count 11 of the Complaint, a Fourteenth Amendment due process claim against St. Clair County Jail medical staff for a pattern and routine of negligence toward inmate medical needs.

All other claims that once appeared in this case have been severed into new cases.

**DATED:   March 25, 2020**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**